# Earnings Statement

LEONARD, SHAWN

Pay Date: 07/11/2023
Period Start: 06/21/2023
Period End: 07/04/2023

Company: 0WA81 - FRC BALANCE LLC
4455 E CAMELBACK RD SUITE A-115
PHOENIX AZ 85018-2874   (480) 212-0175

Emp #: AX9T
Dept: 1020 - King of Prussia
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Salary Regular | 36.60 | 72.00 | 2635.09 | 40459.55 |
| Paid Time Off | 36.60 | 8.00 | 292.79 | 292.79 |
| Bonus | | | 0.00 | 144.14 |
| GTL Management/BK | | | 1.81 | 24.94 |
| **Gross** | | 80.00 | 2929.69 | 40921.42 |

In/Out

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(M) | 110.83 | 2524.80 |
| Medicare | 36.65 | 517.58 |
| Social Security | 156.72 | 2213.12 |
| Pennsylvania State W/H(M/0) | 127.54 | 1620.08 |
| 461902,UPPER MERION TWP | 25.26 | 356.73 |
| LST 461902- UPPER MERION TWP | 2.00 | 28.00 |
| Pennsylvania UI/HC/WF | 2.05 | 28.63 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401k % | 146.39 | 1604.89 |
| Dental Plus Plan PPM | 26.00 | 338.00 |
| Employee Life | 8.70 | 113.10 |
| FSA Medical | 100.00 | 1300.00 |
| Long Term Disability | 27.69 | 357.51 |
| Medical Core Plan | 276.00 | 3588.00 |
| Spouse Life | 1.99 | 25.87 |
| TRUE Giving | 5.00 | 25.00 |

| Net Pay | 1875.06 | 26255.17 | Voucher No. 482791569DD |
|---|---|---|---|

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1875.06 | 26255.17 | A/C:3466 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| ER Dental Plus Plan EPP (Memo) * | 11.20 | 145.60 | *Memo Only | |
| ER GTL Management GTM (Memo) * | 2.31 | 29.67 | *Memo Only | |
| ER Medical Core Plan - Memo * | 247.45 | 3216.85 | *Memo Only | |
| PTO Hours | 0.00 | 99.39 | 8.00 | 91.39 |

# Earnings Statement

LEONARD, SHAWN

| | |
|---|---|
| Pay Date: | 07/25/2023 |
| Period Start: | 07/05/2023 |
| Period End: | 07/18/2023 |

Company: 0WA81 - FRC BALANCE LLC
4455 E CAMELBACK RD SUITE A-115
PHOENIX AZ  85018-2874   (480) 212-0175

Emp #: AX9T
Dept: 1020 - King of Prussia
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| Salary Regular | 36.60 | 72.00 | 2635.09 | 43094.64 | |
| Paid Time Off | 36.60 | 8.00 | 292.79 | 585.58 | |
| Bonus | | | 0.00 | 144.14 | |
| GTL Management/BK | | | 1.81 | 26.75 | In/Out |
| **Gross** | | 80.00 | 2929.69 | 43851.11 | |

| W/H Taxes | | | | | |
|---|---|---|---|---|---|
| Federal W/H(M) | | | 110.83 | 2635.63 | |
| Medicare | | | 36.66 | 554.24 | |
| Social Security | | | 156.71 | 2369.83 | |
| Pennsylvania State W/H(M/0) | | | 127.54 | 1747.62 | |
| 461902,UPPER MERION TWP | | | 25.26 | 381.99 | |
| LST 461902- UPPER MERION TWP | | | 2.00 | 30.00 | |
| Pennsylvania UI/HC/WF | | | 2.05 | 30.68 | |

| Deductions | | | | | |
|---|---|---|---|---|---|
| 401k % | | | 146.39 | 1751.28 | |
| Dental Plus Plan PPM | | | 26.00 | 364.00 | |
| Employee Life | | | 8.70 | 121.80 | |
| FSA Medical | | | 100.00 | 1400.00 | |
| Long Term Disability | | | 27.69 | 385.20 | |
| Medical Core Plan | | | 276.00 | 3864.00 | |
| Spouse Life | | | 1.99 | 27.86 | |
| TRUE Giving | | | 5.00 | 30.00 | |
| **Net Pay** | | | 1875.06 | 28130.23 Check No. 413389999 |

**Net Pay Distribution**

| | | | | | |
|---|---|---|---|---|---|
| Payroll Net Check | | | 1875.06 | 28130.23 A/C: | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| ER Dental Plus Plan EPP (Memo) * | 11.20 | 156.80 | *Memo Only | |
| ER GTL Management GTM (Memo) * | 2.31 | 31.98 | *Memo Only | |
| ER Medical Core Plan - Memo * | 247.45 | 3464.30 | *Memo Only | |
| PTO Hours | 0.00 | 99.39 | 16.00 | 83.39 |

# Earnings Statement

LEONARD, SHAWN

| | | |
|---|---|---|
| Pay Date: | 08/08/2023 | Company: 0WA81 - FRC BALANCE LLC |
| Period Start: | 07/19/2023 | 4455 E CAMELBACK RD SUITE A-115 |
| Period End: | 08/01/2023 | PHOENIX  AZ  85018-2874   (480) 212-0175 |

Emp #: AX9T
Dept: 1020 - King of Prussia
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---:|---:|---:|---:|---|
| **Earnings** | | | | | |
| Salary Regular | 36.60 | 80.00 | 2927.88 | 46022.52 | |
| Paid Time Off | 36.60 | 0.00 | 0.00 | 585.58 | |
| Bonus | | | 0.00 | 144.14 | |
| GTL Management/BK | | | 1.81 | 28.56 | In/Out |
| **Gross** | | 80.00 | 2929.69 | 46780.80 | |
| **W/H Taxes** | | | | | |
| Federal W/H(M) | | | 110.83 | 2746.46 | |
| Medicare | | | 36.65 | 590.89 | |
| Social Security | | | 156.72 | 2526.55 | |
| Pennsylvania State W/H(M/0) | | | 127.54 | 1875.16 | |
| 461902,UPPER MERION TWP | | | 25.26 | 407.25 | |
| LST 461902- UPPER MERION TWP | | | 2.00 | 32.00 | |
| Pennsylvania UI/HC/WF | | | 2.05 | 32.73 | |
| **Deductions** | | | | | |
| 401k % | | | 146.39 | 1897.67 | |
| Dental Plus Plan PPM | | | 26.00 | 390.00 | |
| Employee Life | | | 8.70 | 130.50 | |
| FSA Medical | | | 100.00 | 1500.00 | |
| Long Term Disability | | | 27.69 | 412.89 | |
| Medical Core Plan | | | 276.00 | 4140.00 | |
| Spouse Life | | | 1.99 | 29.85 | |
| TRUE Giving | | | 5.00 | 35.00 | |
| **Net Pay** | | | 1875.06 | 30005.29 | Check No. 413441299 |
| **Net Pay Distribution** | | | | | |
| Payroll Net Check | | | 1875.06 | 30005.29 | A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---:|---:|---:|---:|
| ER Dental Plus Plan EPP (Memo) * | 11.20 | 168.00 | *Memo Only | |
| ER GTL Management GTM (Memo) * | 2.31 | 34.29 | *Memo Only | |
| ER Medical Core Plan - Memo * | 247.45 | 3711.75 | *Memo Only | |
| PTO Hours | 0.00 | 99.39 | 16.00 | 83.39 |

# Earnings Statement

LEONARD, SHAWN

| | | | | |
|---|---|---|---|---|
| Pay Date: | 08/22/2023 | Company: 0WA81 - FRC BALANCE LLC | | Emp #: AX9T |
| Period Start: | 08/02/2023 | 4455 E CAMELBACK RD SUITE A-115 | | Dept: 1020 - King of Prussia |
| Period End: | 08/15/2023 | PHOENIX  AZ  85018-2874   (480) 212-0175 | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Salary Regular | 36.60 | 40.00 | 1463.94 | 47486.46 |
| Paid Time Off | 36.60 | 0.00 | 0.00 | 585.58 |
| Bonus | | | 0.00 | 144.14 |
| GTL Management/BK | | | 1.81 | 30.37   In/Out |
| **Gross** | | 40.00 | 1465.75 | 48246.55 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 2746.46 |
| Medicare | | | 15.42 | 606.31 |
| Social Security | | | 65.95 | 2592.50 |
| Pennsylvania State W/H(M/0) | | | 82.60 | 1957.76 |
| 461902,UPPER MERION TWP | | | 10.62 | 417.87 |
| LST 461902- UPPER MERION TWP | | | 2.00 | 34.00 |
| Pennsylvania UI/HC/WF | | | 1.02 | 33.75 |
| **Deductions** | | | | |
| 401k % | | | 0.00 | 1897.67 |
| Dental Plus Plan PPM | | | 26.00 | 416.00 |
| Employee Life | | | 8.70 | 139.20 |
| FSA Medical | | | 100.00 | 1600.00 |
| Long Term Disability | | | 27.69 | 440.58 |
| Medical Core Plan | | | 276.00 | 4416.00 |
| Spouse Life | | | 1.99 | 31.84 |
| TRUE Giving | | | 5.00 | 40.00 |
| **Net Pay** | | | 840.95 | 30846.24   Check No. 413495560 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 840.95 | 30846.24   A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| ER Dental Plus Plan EPP (Memo) * | 11.20 | 179.20 | *Memo Only | |
| ER GTL Management GTM (Memo) * | 2.31 | 36.60 | *Memo Only | |
| ER Medical Core Plan - Memo * | 247.45 | 3959.20 | *Memo Only | |
| PTO Hours | 0.00 | 99.39 | 16.00 | 83.39 |