# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Shawn Michael Leonard a/k/a Shawn Michael Mark Leonard**<br>　　　　　　**Debtor**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　**Movant**<br><br>　　　　　　**vs.**<br><br>**Shawn Michael Leonard a/k/a Shawn Michael Mark Leonard**<br>**Kenneth E. West, Trustee**<br><br>　　　　　　**Respondents** | **CHAPTER 13**<br><br><br><br>**NO.** 23-12700 AMC |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge