# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Shawn Michael Leonard a/k/a Shawn Michael Mark Leonard<br>　　　　　　　　　**Debtor**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　**Movant**<br>　　　　vs.<br><br>Shawn Michael Leonard a/k/a Shawn Michael Mark Leonard<br>Kenneth E. West, Trustee<br>　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-12700 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **November 8, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Joseph L. Quinn, Esq.
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101 (VIA ECF)
Pottstown, PA 19464

Shawn Michael Leonard a/k/a Shawn Michael Mark Leonard
854 West Chestnut Street
Coatesville, PA 19320


Date: November 8, 2023

　　　　　　　　　　　　　　　　　　　　By: **/s/Denise Carlon**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant