## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shawn Michael Leonard, | : | Chapter 13 |
| Debtor | : | Case No.:  23-12700-amc |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 14, 2023 was forwarded to the following parties, as follows:

***Via First Class USPS Mail on November 14, 2023:***

Schiavon Williams, Chief
Pennsylvania Dep. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

All creditors on the mailing matrix not otherwise notified by ECF.

***Via Electronic Filing (ECF) on November 14, 2023:***

Denise Elizabeth Carlon, Esquire on behalf of PennyMac Loan Servicing, LLC
bkgroup@kmllawgroup.com

Mark A. Cronin, Esquire on behalf of PennyMac Loan Servicing, LLC
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:      */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Date: <u>November 14, 2023</u>     Counsel for Debtor

1