Certificate Number: 05781-PAE-DE-038070851

Bankruptcy Case Number: 23-12700



05781-PAE-DE-038070851

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2024, at 4:02 o'clock PM PST, Shawn Leonard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 4, 2024                By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President