United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Shawn Michael Leonard

     Debtor

Case No. 23-12700-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn Michael Leonard, 854 West Chestnut Street, Coatesville, PA 19320-5827 |
| 14813560 | | Law Offices of Mitchell D Bluhm & Associ, 1313 North Travis, Sherman, TX 75090 |
| 14816275 | + | PENNYMAC LOAN SERVICES, LLC, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14831386 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14813552 | | Email/Text: amscbankruptcy@adt.com | Jan 31 2024 00:24:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14823665 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2024 00:37:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14813553 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2024 00:37:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14813554 | ^ | MEBN | Jan 31 2024 00:22:07 | Apex Asset Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14813555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2024 00:25:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14823538 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2024 00:25:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14813557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2024 00:37:17 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14813558 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 31 2024 00:25:15 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14831991 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2024 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14813556 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2024 00:25:29 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14818954 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2024 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14813559 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2024 00:24:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14818554 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2024 00:25:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813561 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2024 00:25:16 | Lvnv Funding/Resurgent Capital, Attn: |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 30, 2024 | Form ID: 155 | Total Noticed: 28

| ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14813562 | Email/Text: EBN@Mohela.com | Jan 31 2024 00:24:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14814283 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2024 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14813563 | + Email/PDF: ebnotices@pnmac.com | Jan 31 2024 00:37:21 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14825580 | + Email/PDF: ebnotices@pnmac.com | Jan 31 2024 00:37:13 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14831976 | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2024 00:24:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14830669 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2024 00:25:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813564 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2024 00:37:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14813565 | + Email/Text: bncmail@w-legal.com | Jan 31 2024 00:24:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14813566 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2024 00:25:04 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14824424 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2024 00:25:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

District/off: 0313-2                                  User: admin                                  Page 3 of 3
Date Rcvd: Jan 30, 2024                              Form ID: 155                                Total Noticed: 28

DENISE ELIZABETH CARLON
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
                        on behalf of Debtor Shawn Michael Leonard CourtNotices@rqplaw.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shawn Michael Leonard

          Debtor(s)                                                 Chapter: 13

                                                                  Bankruptcy No: 23−12700−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 30, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                Ashely M. Chan
                                                               Judge, United States Bankruptcy Court

                                                                          20 − 8
                                                       Form 155